**2017–0398. Franklin Cty. Child Support Enforcement Agency v. Greenhow.**
In Prohibition. On motion to dismiss. Motion granted. Cause dismissed. Relator's motion for leave to

file denied as moot.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.